IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-59500-jrs |
| GEORGE MONROE WARREN, III, | CHAPTER: 13 |
| Debtor. | JUDGE: HONORABLE JAMES R. SACCA |

OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW The Bank of New York Mellon as Trustee for NovaStar Mortgage Funding Trust, Series 2006-2, NovaStar Home Equity Loan Asset-Backed Certificates, Series 2006-2, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 4504 Allen Hollow Pl., Suwanee, GA 30024, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. Creditor anticipates filing a pre-petition arrearage claim in the approximate amount of $50,725.97, more particularly described in the proof of claim once filed. The plan fails to provide for the claim in any way. Creditor objects to the lack of treatment of its claim in the plan.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 PiedmontRoad, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: amccullen@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. 18-59500-JRS |
| GEORGE MONROE WARREN, III, | Chapter 13 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the July 12, 2018, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on the July 12, 2018, in the manner indicated:

**The following parties have been served via e-mail**:

Erica Ann Dempsey
Erica@thegeorgialawfirm.com

Nancy J. Whaley
ecf@njwtrustee.com

**The following parties have been served via U.S. First Class Mail**:

George Monroe Warren, III
5424 Magnolia Way
Buford, GA 30518

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: July 12, 2018         Signature: /s/Kewanna D. Vergara
                             Printed Name: KEWANNA D. VERGARA
                             Address:  Aldridge Pite, LLP
                                       Fifteen Piedmont Center  3575
                                       Piedmont Road, N.E., Suite 500
                                       Atlanta, GA 30305
                             Phone:    (858) 750-7600
                             Fax:      (619) 590-1385