

**IT IS ORDERED as set forth below:**

**Date: October 25, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-59500-JRS |
| GEORGE MONROE WARREN, III,<br>            Debtor. | CHAPTER:  7 |
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-2,<br>            Movant,<br>v.<br>GEORGE MONROE WARREN, III, Debtor, ROBERT TRAUNER, Trustee,<br>            Respondent(s). | JUDGE:  JAMES R. SACCA<br><br><br><br>CONTESTED MATTER |

<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY (#62)</u>

The above styled Motion was called for hearing on October 22, 2019 upon Notice of Hearing to each of the above-captioned parties in interest.  There was no opposition to the Motion and Movant asserts that the parties were properly served.  Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 4504 Allen Hollow Place, Suwanee, Georgia 30024.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Bryce Noel
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: BNoel@aldridgepite.com

DISTRIBUTION LIST

George Monroe Warren, III
5424 Magnolia Way
Buford, GA 30518

Erica Ann Dempsey
Rickman & Associates, PC
1755 North Brown Road
Lawrenceville, GA 30043

Robert Trauner
P. O. Box 421025
Atlanta, GA 30342

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305